IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VRAIMONE GERMAINE PARKER, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00177-MTT-TQL |
| | * |
| JOE WILLIAMS, GEORGIA DIAGNOSTIC & CLASSIFICATION PRISON | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 24, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 24th day of September, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk